IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL EMERY                                                                                              PLAINTIFF

VS.                              CASE NO. 5:06CV00293 JMM

LARRY NORRIS, DIRECTOR
ARKANSAS DEPARTMENT OF
CORRECTIONS                                                                                          DEFENDANT

### ORDER

Plaintiff's Motion to Dismiss is granted (#5). Plaintiff's complaint is dismissed without prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS  4   day of  January , 2007.

_____
James M. Moody
United States District Court