IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAUL EMERY
ADC #109862                                                                                              PETITIONER

VS.                         5:06CV00293 JMM/JTR

RAY HOBBS, Director
Arkansas Department of Correction                                                           RESPONDENT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 12 day of January , 2010.

_____
UNITED STATES DISTRICT JUDGE